Evans D. Prieston  
Attorney at Law  
47-41 21st Street, 10th Floor  
Long Island City, NY  11101  
(718) 424-2444  
(718) 424-2445 Fax

January 23, 2018

*By ECF*

The Honorable Katherine B. Forrest  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

      Re:    United States v. Zurab Buziashvili  
                Case No.  1:17-cr-00350-KBF

Dear Judge Forrest:

      On Thursday, January 11, 2018, I appeared before your honor and informed the court that I would not be able to attend court on January 16.  I followed up with a letter on January 12, 2018 and requested the status conference be reset for February 22, 2018 and I calendared the appearance for that day.  On January 16, 2018, I checked the docket to see if my request was granted and had my office call the court to ensure that the Court received my request.  From January 16 through January 20, I was in California and relied on my Blackberry to check emails.  I did not see the ECF notification scheduling the status conference for January 22, 2018.  I returned to New York from California on Friday, January 19, 2018. I apologize to the Court for my failure to attend the hearing and any inconvenience it may have imposed on the Court and any of the parties.

                                Sincerely,

                                /s/ Evans D. Prieston

                                Evans D. Prieston

EDP  
cc:  Counsel for all parties