UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>ZURAB BUZIASHVILI,<br><br>                Defendant. | 17 Cr. 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Zurab Buziashvili's motion for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A) [dkt. no. 1266].  The Government shall respond to Mr. Buziashvili's motion no later than July 2, 2020.

    Chambers will mail a copy of this order to Mr. Buziashvili.

**SO ORDERED.**

Dated:    New York, New York
            June 18, 2020

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge