UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ZURAB BUZIASHVILI,<br><br>                    Defendant. | 17 Cr. 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of Defendant Zurab Buziashvili's letter (dkt. no. 1281) requesting reconsideration of the Court's denial of his motion for compassionate release (dkt. no. 1276). In that letter, Defendant argues that his various medical conditions in fact place him at increased risk from contracting COVID-19. (Dkt. no. 1281 at 1-2.) Having reconsidered its prior decision in light of Defendant's letter, the Court adheres to its prior ruling that Defendant has not demonstrated "extraordinary and compelling" circumstances justifying release.

   The Clerk of the Court is respectfully directed to mail a copy of this order to Defendant.

**SO ORDERED.**

Dated:   New York, New York
         August 14, 2020

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

1