UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ZURAB BUZIASHVILI,

Defendant.

---

17 CR 350 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Zurab Buziashvili's motion for termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1). (Dkt. no. 1410.) The Government shall files its response, if any, by June 14, 2023. Mr. Buziashvili shall file his reply, if any, by June 28, 2023.

**SO ORDERED.**

Dated:    New York, New York
           May 24, 2023

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge