UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>ZURAB BUZIASHVILI,<br><br>　　　　　　　　Defendant. | 17 CR 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　On May 16, 2023, Mr. Buziashvili moved for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1).  (Dkt. no. 1410.)  On May 24, 2023, the Government confirmed that it had no objection to Mr. Buziashvili's request. (Dkt. no. 1412.)  Mr. Buziashvili's request is granted.  His supervised release is terminated effective immediately.  The Court congratulates Mr. Buziashvili.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　May 25, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　Senior United States District Judge

1